# 796 CASES REPORTED WITH BRIEF SYLLABI.

DAISY WILDS v. HUGH DONAHUE.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of AUGUSTA PAIGE FOWLER for Payment of award. (City of New York, Northerly Side of Strang Avenue, etc.).— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JAMES THOMPSON & CO., INC., v. WILLIAM R. BARRYMAN.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

PAUL WESTPHAL, a Corporation, v. WESTPHAL'S WORLD'S BEST CORPORATION and Others.— Motion granted on condition that the appeal be brought on for argument in the Court of Appeals at or before the June term, 1926, that appellants forward to plaintiff weekly statements of all sales made, as provided in the order of the Special Term dated July 27, 1925, and upon appellants filing a surety company undertaking in the sum of $25,000 for the payment of costs and damages or loss of profits to the plaintiff in the event of affirmance. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

In the Matter of GYULA DE FESTETICS, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

In the Matter of the PEOPLE OF THE STATE OF NEW YORK by JESSE S. PHILLIPS, as Superintendent of Insurance (CASUALTY COMPANY OF AMERICA).— Motion granted in so far as to permit production of exhibits on the argument without being printed, and time to file record on appeal extended to and including April 29, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

STANDARD RICE COMPANY v. A. KLIPSTEIN & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

SAMUEL BOSLOWITZ v. ISAAC DAVIS and Others.— Motion granted so far as to extend the appellants' time within which to serve and file record on appeal and the appellants' points so that appeal can be argued on or before May 4, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

In the Matter of BENJAMIN SIEGEL, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of JOSEPH KRINSKY, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES STRAVINSKY, Respondent, v. ELLERMANS WILSON LINE, LTD., and Another, Defendants, Impleaded with JOHN T. CLARK & SONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

KUPFER BROTHERS COMPANY, Respondent, v. THE CHEMICAL NATIONAL BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MARY TARISH, an Infant, etc., Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOHN TARISH, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

TONY CASINO, Appellant, v. THE NAVY SAVINGS BANK, Respondent.— Order